**Warren FRAZIER, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 31610.

Missouri Court of Appeals,
Western District.

March 2, 1981.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 30, 1981.

Application to Transfer Denied
May 11, 1981.

Peter N. Sterling, Acting Public Defender, Gary L. Gardner, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Darrell Panethiere, Asst. Atty. Gen., Kansas City, for respondent.

Before WASSERSTROM, C. J., and SHANGLER, PRITCHARD, SWOFFORD, SOMERVILLE, CLARK and MANFORD, JJ.

PER CURIAM.

Warren Frazier filed this 27.26 motion following his conviction for first degree murder and sentence to life imprisonment. His conviction was affirmed in *State v. Frazier*, 550 S.W.2d 590 (Mo.App.1977).

The trial court denied the 27.26 motion and Frazier appeals. On this appeal Frazier contends that women were impermissibly excluded from his jury under the holding in *Duren v. Missouri*, 439 U.S. 357, 99 S.Ct. 664, 58 L.Ed.2d 579 (1979) and that he was denied effective assistance of counsel be-

cause his attorney failed to file a motion to quash the jury panel.

Frazier was convicted in October, 1975. The two contentions on this appeal are identical to those raised and decided in *Benson v. State*, 611 S.W.2d 538 (1980). No purpose would be served by elaborating on the reasons heretofore given in *Benson* for denying the contentions now raised on appeal by Frazier.

No error of law appears and an extended opinion would have no precedential value. Rule 84.16(b). The judgment is affirmed.